Commonwealth *v.* Fittipaldi, Appellant.

Argued March 18, 1974. *Penn B. Glazier*, Assistant Public Defender, for appellant; *James R. Leonard, Jr.*, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Force, Appellant.

Argued March 19, 1974. *Bruce S. Miller*, with him *Laputka, Bayless, Ecker & Cohn*, for appellant; *Gailey C. Keller*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.